IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                                    CRIMINAL NO. 2:04-00152-01

**JEFFREY ROBERT GEORGE**

### MEMORANDUM OPINION AND ORDER

Pending before the court is a letter-form motion from the defendant regarding the computation of his term of incarceration. (Doc. No. 79.)  Because the court construes the motion as a petition pursuant to 28 U.S.C. § 2241, the court **DIRECTS** the Clerk to open a civil action as to the motion, and to refer the matter to Magistrate Judge Mary E. Stanley pursuant to the court's Standing Order.

The Clerk is further directed to send copies of this Memorandum Opinion and Order to Magistrate Judge Stanley and to counsel of record.

It is **SO ORDERED** this 2nd day of April, 2008.

ENTER:

David A. Faber
United States District Judge